Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096




PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

20210225-162

Send Correspondence to:
Selene Finance LP
PO Box 422039
Houston, TX 77242-4239

ELSON C GUERRA
20 HUDSON BLVD
MACHIAS, ME 04654-3420




DM011{FC}



9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

02/23/2021

ELSON C GUERRA
20 HUDSON BLVD
MACHIAS, ME 04654-3420

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

Re: Loan #:
Property: 19 SMITHFIELD DR
MACHIAS, ME 04654

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

Dear Mortgagor(s):

Selene Finance LP ("Selene"), as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust which is the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, is providing you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default. To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage. As of 02/23/2021, your current interest rate is 5.000% and your loan is due for 04/01/2017 and the total amount necessary to cure your default is $42,080.94, which consists of the following:

| | |
|---|---|
| Payment Due Date: | 04/01/2017 |
| Total Monthly Payments Due: | $40,135.36 |
| Late Charges: | $70.00 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: | $0.00 |
| (See breakdown of fees below) | |
| Corporate Advance Balance: | $1,875.58 |
| (See breakdown of fees below) | |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$42,080.94** |

As of 02/23/2021, the current outstanding principal balance is $87,478.71 and the total debt you owe is $116,669.94. The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of the date this notice is given. The total amount due does not include any amounts that become due after the date of this notice.
Please include your loan number and property address with your payment and send to:

Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

You may also make a payment by wire transfer using the following information:

Bank: Signature Bank
ABA:
Account No.:

Failure to cure the delinquency within thirty-five (35) days of when this notice is given may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days of when this notice is given, the default identified in this letter will be cured and all rights under the Security Instrument are restored as if the default had not occurred.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged. You also have the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $116,669.94. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673). A list of all counseling agencies approved by the United States Department Housing and Urban Development operating to assist mortgagors in Maine to avoid foreclosure is attached hereto.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



Detailed Breakdown of Other Fees:

| | |
|---|---|
| Total Other Fees Due: | $0.00 |

Detailed Breakdown of Corporate Advance Balance:

| | |
|---|---|
| General Cleaning Fee | $450.00 |
| Property Inspection | $807.88 |
| Property Services | $192.70 |
| Secure Property Fee | $200.00 |
| Snow Removal | $150.00 |
| Winterize Property Fee | $75.00 |

| | |
|---|---|
| Total Corporate Advance Due: | $1,875.58 |

Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096



PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

Send Correspondence to:
Selene Finance LP
PO Box 422039
Houston, TX 77242-4239

20210225-162

PENNY J GUERRA
19 SMITHFIELD DR
MACHIAS, ME 04654-3416

DM011(FC)

You may also make a payment by wire transfer using the following information:

Bank: Signature Bank
ABA:
Account No.:

Failure to cure the delinquency within thirty-five (35) days of when this notice is given may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days of when this notice is given, the default identified in this letter will be cured and all rights under the Security Instrument are restored as if the default had not occurred.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged. You also have the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $116,669.94. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673). A list of all counseling agencies approved by the United States Department Housing and Urban Development operating to assist mortgagors in Maine to avoid foreclosure is attached hereto.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.

Detailed Breakdown of Other Fees:

| | |
|---|---|
| Total Other Fees Due: | $0.00 |

Detailed Breakdown of Corporate Advance Balance:

| | |
|---|---|
| General Cleaning Fee | $450.00 |
| Property Inspection | $807.88 |
| Property Services | $192.70 |
| Secure Property Fee | $200.00 |
| Snow Removal | $150.00 |
| Winterize Property Fee | $75.00 |
| | |
| Total Corporate Advance Due: | $1,875.58 |

Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096




PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

20210225-162

Send Correspondence to:
Selene Finance LP
PO Box 422039
Houston, TX 77242-4239

PENNY J GUERRA
20 HUDSON BLVD
MACHIAS, ME 04654-3420

DM011{FC}



9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

02/23/2021

PENNY J GUERRA
20 HUDSON BLVD
MACHIAS, ME 04654-3420

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

Re: Loan #:
Property: 19 SMITHFIELD DR
MACHIAS, ME 04654

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

Dear Mortgagor(s):

Selene Finance LP ("Selene"), as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust which is the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, is providing you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default. To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage. As of 02/23/2021, your current interest rate is 5.000% and your loan is due for 04/01/2017 and the total amount necessary to cure your default is $42,080.94, which consists of the following:

| | |
|---|---|
| Payment Due Date: | 04/01/2017 |
| Total Monthly Payments Due: | $40,135.36 |
| Late Charges: | $70.00 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: (See breakdown of fees below) | $0.00 |
| Corporate Advance Balance: (See breakdown of fees below) | $1,875.58 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$42,080.94** |

As of 02/23/2021, the current outstanding principal balance is $87,478.71 and the total debt you owe is $116,669.94. The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of the date this notice is given. The total amount due does not include any amounts that become due after the date of this notice.
Please include your loan number and property address with your payment and send to:

Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

You may also make a payment by wire transfer using the following information:

Bank: Signature Bank
ABA:
Account No.:

Failure to cure the delinquency within thirty-five (35) days of when this notice is given may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days of when this notice is given, the default identified in this letter will be cured and all rights under the Security Instrument are restored as if the default had not occurred.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged. You also have the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $116,669.94. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673). A list of all counseling agencies approved by the United States Department Housing and Urban Development operating to assist mortgagors in Maine to avoid foreclosure is attached hereto.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.

Detailed Breakdown of Other Fees:

| | |
|---|---|
| Total Other Fees Due: | $0.00 |

Detailed Breakdown of Corporate Advance Balance:

| | |
|---|---|
| General Cleaning Fee | $450.00 |
| Property Inspection | $807.88 |
| Property Services | $192.70 |
| Secure Property Fee | $200.00 |
| Snow Removal | $150.00 |
| Winterize Property Fee | $75.00 |
| | |
| Total Corporate Advance Due: | $1,875.58 |

## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-973-3500<br>E-mail: N/A<br>Website: www.penquis.org | 262 Harlow St<br>Bangor, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-442-0122<br>E-mail: info@mmcacorp.org<br>Website: midcoastmainecommunityaction.org | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>E-mail: N/A<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Dr<br>Orono, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: https://www.prosperityme.org | 62 Elm St Ste 2<br>Portland, Maine 04101-3092 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: N/A<br>Website: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: mesha.quinn@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: https://www.ceimaine.org/ | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: info@kvcap.org<br>Website: www.kvcap.org | 101 Water St<br>Waterville, Maine 04901-6339 |

Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096




PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

**RETURN RECEIPT REQUESTED**

Send Correspondence to:
Selene Finance LP
PO Box 422039
Houston, TX 77242-4239

20210225-162

ELSON C GUERRA
19 SMITHFIELD DR
MACHIAS, ME 04654-3416




9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

02/23/2021

ELSON C GUERRA
19 SMITHFIELD DR
MACHIAS, ME 04654-3416

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

Re: Loan #:
Property: 19 SMITHFIELD DR
MACHIAS, ME 04654

Sent Via Certified Mail
9314 7100 1170 1056 3144 13

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

Dear Mortgagor(s):

Selene Finance LP ("Selene"), as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust which is the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, is providing you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default. To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage. As of 02/23/2021, your current interest rate is 5.000% and your loan is due for 04/01/2017 and the total amount necessary to cure your default is $42,080.94, which consists of the following:

| | |
|---|---|
| Payment Due Date: | 04/01/2017 |
| Total Monthly Payments Due: | $40,135.36 |
| Late Charges: | $70.00 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: | $0.00 |
| (See breakdown of fees below) | |
| Corporate Advance Balance: | $1,875.58 |
| (See breakdown of fees below) | |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$42,080.94** |

As of 02/23/2021, the current outstanding principal balance is $87,478.71 and the total debt you owe is $116,669.94. The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of the date this notice is given. The total amount due does not include any amounts that become due after the date of this notice.
Please include your loan number and property address with your payment and send to:

Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243



You may also make a payment by wire transfer using the following information:

Bank: Signature Bank
ABA:
Account No.:

Failure to cure the delinquency within thirty-five (35) days of when this notice is given may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days of when this notice is given, the default identified in this letter will be cured and all rights under the Security Instrument are restored as if the default had not occurred.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged. You also have the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $116,669.94. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673). A list of all counseling agencies approved by the United States Department Housing and Urban Development operating to assist mortgagors in Maine to avoid foreclosure is attached hereto.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department



9314 7100 1170 1056 3144 13

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.





9314 7100 1170 1056 3144 13

Detailed Breakdown of Other Fees:

| | |
|---|---|
| Total Other Fees Due: | $0.00 |

Detailed Breakdown of Corporate Advance Balance:

| | |
|---|---|
| General Cleaning Fee | $450.00 |
| Property Inspection | $807.88 |
| Property Services | $192.70 |
| Secure Property Fee | $200.00 |
| Snow Removal | $150.00 |
| Winterize Property Fee | $75.00 |
| | |
| Total Corporate Advance Due: | $1,875.58 |

## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-973-3500<br>E-mail: N/A<br>Website: www.penquis.org | 262 Harlow St<br>Bangor, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-442-0122<br>E-mail: info@mmcacorp.org<br>Website: midcoastmainecommunityaction.org | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>E-mail: N/A<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Dr<br>Orono, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: https://www.prosperityme.org | 62 Elm St Ste 2<br>Portland, Maine 04101-3092 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: N/A<br>Website: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: mesha.quinn@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: info@kvcap.org<br>Website: www.kvcap.org | 101 Water St<br>Waterville, Maine 04901-6339 |



9314 7100 1170 1056 3144 13

Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096




PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

**RETURN RECEIPT REQUESTED**

20210225-162

Send Correspondence to:
Selene Finance LP
PO Box 422039
Houston, TX 77242-4239

ELSON C GUERRA
20 HUDSON BLVD
MACHIAS, ME 04654-3420

DM011{CM}



9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

02/23/2021

ELSON C GUERRA
20 HUDSON BLVD
MACHIAS, ME 04654-3420

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

Re: Loan #:
Property: 19 SMITHFIELD DR
MACHIAS, ME 04654

Sent Via Certified Mail
9314 7100 1170 1056 3144 06

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

Dear Mortgagor(s):

Selene Finance LP ("Selene"), as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust which is the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, is providing you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default. To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage. As of 02/23/2021, your current interest rate is 5.000% and your loan is due for 04/01/2017 and the total amount necessary to cure your default is $42,080.94, which consists of the following:

| | |
|---|---|
| Payment Due Date: | 04/01/2017 |
| Total Monthly Payments Due: | $40,135.36 |
| Late Charges: | $70.00 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: | $0.00 |
| (See breakdown of fees below) | |
| Corporate Advance Balance: | $1,875.58 |
| (See breakdown of fees below) | |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$42,080.94** |

As of 02/23/2021, the current outstanding principal balance is $87,478.71 and the total debt you owe is $116,669.94. The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of the date this notice is given. The total amount due does not include any amounts that become due after the date of this notice.

Please include your loan number and property address with your payment and send to:

Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243



9314 7100 1170 1056 3144 06

You may also make a payment by wire transfer using the following information:

Bank: Signature Bank
ABA:
Account No.:

Failure to cure the delinquency within thirty-five (35) days of when this notice is given may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days of when this notice is given, the default identified in this letter will be cured and all rights under the Security Instrument are restored as if the default had not occurred.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged. You also have the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $116,669.94. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673). A list of all counseling agencies approved by the United States Department Housing and Urban Development operating to assist mortgagors in Maine to avoid foreclosure is attached hereto.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department



9314 7100 1170 1056 3144 06

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.





9314 7100 1170 1056 3144 06

Detailed Breakdown of Other Fees:

| | |
|---|---|
| Total Other Fees Due: | $0.00 |

Detailed Breakdown of Corporate Advance Balance:

| | |
|---|---|
| General Cleaning Fee | $450.00 |
| Property Inspection | $807.88 |
| Property Services | $192.70 |
| Secure Property Fee | $200.00 |
| Snow Removal | $150.00 |
| Winterize Property Fee | $75.00 |
| | |
| Total Corporate Advance Due: | $1,875.58 |



## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-973-3500<br>E-mail: N/A<br>Website: www.penquis.org | 262 Harlow St<br>Bangor, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-442-0122<br>E-mail: info@mmcacorp.org<br>Website: midcoastmainecommunityaction.org | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>E-mail: N/A<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Dr<br>Orono, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: https://www.prosperityme.org | 62 Elm St Ste 2<br>Portland, Maine 04101-3092 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: N/A<br>Website: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: mesha.quinn@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: info@kvcap.org<br>Website: www.kvcap.org | 101 Water St<br>Waterville, Maine 04901-6339 |

Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096


9314 7100 1170 1056 3143 90

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

**RETURN RECEIPT REQUESTED**

Send Correspondence to:
Selene Finance LP
PO Box 422039
Houston, TX 77242-4239

20210225-162

PENNY J GUERRA
19 SMITHFIELD DR
MACHIAS, ME 04654-3416



DM011{CM}



9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

02/23/2021

PENNY J GUERRA
19 SMITHFIELD DR
MACHIAS, ME 04654-3416

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

Re: Loan #:
Property: 19 SMITHFIELD DR
MACHIAS, ME 04654

Sent Via Certified Mail
9314 7100 1170 1056 3143 90

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

Dear Mortgagor(s):

Selene Finance LP ("Selene"), as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust which is the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, is providing you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default. To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage. As of 02/23/2021, your current interest rate is 5.000% and your loan is due for 04/01/2017 and the total amount necessary to cure your default is $42,080.94, which consists of the following:

| | |
|---|---|
| Payment Due Date: | 04/01/2017 |
| Total Monthly Payments Due: | $40,135.36 |
| Late Charges: | $70.00 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: | $0.00 |
| (See breakdown of fees below) | |
| Corporate Advance Balance: | $1,875.58 |
| (See breakdown of fees below) | |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$42,080.94** |

As of 02/23/2021, the current outstanding principal balance is $87,478.71 and the total debt you owe is $116,669.94. The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of the date this notice is given. The total amount due does not include any amounts that become due after the date of this notice.
Please include your loan number and property address with your payment and send to:

Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243



You may also make a payment by wire transfer using the following information:

Bank: Signature Bank
ABA:
Account No.:

Failure to cure the delinquency within thirty-five (35) days of when this notice is given may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days of when this notice is given, the default identified in this letter will be cured and all rights under the Security Instrument are restored as if the default had not occurred.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged. You also have the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $116,669.94. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673). A list of all counseling agencies approved by the United States Department Housing and Urban Development operating to assist mortgagors in Maine to avoid foreclosure is attached hereto.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.





9314 7100 1170 1056 3143 90

Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096




PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

**RETURN RECEIPT REQUESTED**

Send Correspondence to:
Selene Finance LP
PO Box 422039
Houston, TX 77242-4239

20210225-162

PENNY J GUERRA
20 HUDSON BLVD
MACHIAS, ME 04654-3420



DM011{CM}



9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

02/23/2021

PENNY J GUERRA
20 HUDSON BLVD
MACHIAS, ME 04654-3420

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

Re: Loan #:
Property: 19 SMITHFIELD DR
MACHIAS, ME 04654

Sent Via Certified Mail
9314 7100 1170 1056 3143 83

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

Dear Mortgagor(s):

Selene Finance LP ("Selene"), as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust which is the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, is providing you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default. To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage. As of 02/23/2021, your current interest rate is 5.000% and your loan is due for 04/01/2017 and the total amount necessary to cure your default is $42,080.94, which consists of the following:

| | |
|---|---|
| Payment Due Date: | 04/01/2017 |
| Total Monthly Payments Due: | $40,135.36 |
| Late Charges: | $70.00 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: | $0.00 |
| (See breakdown of fees below) | |
| Corporate Advance Balance: | $1,875.58 |
| (See breakdown of fees below) | |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$42,080.94** |

As of 02/23/2021, the current outstanding principal balance is $87,478.71 and the total debt you owe is $116,669.94. The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of the date this notice is given. The total amount due does not include any amounts that become due after the date of this notice.

Please include your loan number and property address with your payment and send to:

Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243



You may also make a payment by wire transfer using the following information:

Bank: Signature Bank
ABA:
Account No.:

Failure to cure the delinquency within thirty-five (35) days of when this notice is given may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days of when this notice is given, the default identified in this letter will be cured and all rights under the Security Instrument are restored as if the default had not occurred.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged. You also have the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $116,669.94. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673). A list of all counseling agencies approved by the United States Department Housing and Urban Development operating to assist mortgagors in Maine to avoid foreclosure is attached hereto.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.





9314 7100 1170 1056 3143 83

Detailed Breakdown of Other Fees:

| | |
|---|---|
| Total Other Fees Due: | $0.00 |

Detailed Breakdown of Corporate Advance Balance:

| | |
|---|---|
| General Cleaning Fee | $450.00 |
| Property Inspection | $807.88 |
| Property Services | $192.70 |
| Secure Property Fee | $200.00 |
| Snow Removal | $150.00 |
| Winterize Property Fee | $75.00 |
| | |
| Total Corporate Advance Due: | $1,875.58 |



## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-973-3500<br>E-mail: N/A<br>Website: www.penquis.org | 262 Harlow St<br>Bangor, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-442-0122<br>E-mail: info@mmcacorp.org<br>Website: midcoastmainecommunityaction.org | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>E-mail: N/A<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Dr<br>Orono, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: https://www.prosperityme.org | 62 Elm St Ste 2<br>Portland, Maine 04101-3092 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: N/A<br>Website: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: mesha.quinn@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: info@kvcap.org<br>Website: www.kvcap.org | 101 Water St<br>Waterville, Maine 04901-6339 |





Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096



PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

Send Correspondence to:
Selene Finance LP
PO Box 422039
Houston, TX 77242-4239

20210225-162

ELSON C GUERRA
19 SMITHFIELD DR
MACHIAS, ME 04654-3416



DM011(FC)



9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

02/23/2021

ELSON C GUERRA
19 SMITHFIELD DR
MACHIAS, ME 04654-3416

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

Re: Loan #:
Property: 19 SMITHFIELD DR
MACHIAS, ME 04654

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

Dear Mortgagor(s):

Selene Finance LP ("Selene"), as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust which is the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, is providing you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default. To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage. As of 02/23/2021, your current interest rate is 5.000% and your loan is due for 04/01/2017 and the total amount necessary to cure your default is $42,080.94, which consists of the following:

| | |
|---|---|
| Payment Due Date: | 04/01/2017 |
| Total Monthly Payments Due: | $40,135.36 |
| Late Charges: | $70.00 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: (See breakdown of fees below) | $0.00 |
| Corporate Advance Balance: (See breakdown of fees below) | $1,875.58 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$42,080.94** |

As of 02/23/2021, the current outstanding principal balance is $87,478.71 and the total debt you owe is $116,669.94. The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of the date this notice is given. The total amount due does not include any amounts that become due after the date of this notice.
Please include your loan number and property address with your payment and send to:

Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243



You may also make a payment by wire transfer using the following information:

Bank: Signature Bank
ABA:
Account No.:

Failure to cure the delinquency within thirty-five (35) days of when this notice is given may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days of when this notice is given, the default identified in this letter will be cured and all rights under the Security Instrument are restored as if the default had not occurred.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged. You also have the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $116,669.94. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673). A list of all counseling agencies approved by the United States Department Housing and Urban Development operating to assist mortgagors in Maine to avoid foreclosure is attached hereto.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



Detailed Breakdown of Other Fees:

| | |
|---|---|
| Total Other Fees Due: | $0.00 |

Detailed Breakdown of Corporate Advance Balance:

| | |
|---|---|
| General Cleaning Fee | $450.00 |
| Property Inspection | $807.88 |
| Property Services | $192.70 |
| Secure Property Fee | $200.00 |
| Snow Removal | $150.00 |
| Winterize Property Fee | $75.00 |

| | |
|---|---|
| Total Corporate Advance Due: | $1,875.58 |



Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096

PS form 3665
Type of Mailing:
CERTIFICATE OF MAILING
February 26, 2021




| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | Postmaster: Name of receiving employee | Dated: |
|---|---|---|---|
| 18 | | | |

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|---|---|---|---|---|---|
| 10 | | 2359321416 | PENNY J GUERRA<br>20 HUDSON BLVD<br>MACHIAS, ME 04654-3420 | $0.710 | $0.44 |
| 11 | | 2359321417 | PENNY J GUERRA<br>19 SMITHFIELD DR<br>MACHIAS, ME 04654-3416 | $0.710 | $0.44 |
| 12 | | 2359321418 | ELSON C GUERRA<br>20 HUDSON BLVD<br>MACHIAS, ME 04654-3420 | $0.710 | $0.44 |
| 13 | | 2359321419 | ELSON C GUERRA<br>19 SMITHFIELD DR<br>MACHIAS, ME 04654-3416 | $0.710 | $0.44 |





From: Nobody <SMTP:nobody@informe.org>
Sent: 2/26/2021 2:10:53 PM
To: Covius_Selene1
WALZ ID: 162_Covius_Selene1@covius.com
[EXTERNAL EMAIL from outside the organization. DO NOT click links or open attachments unless you recognize the sender and know the content is safe. Never give out your user ID or password.]

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Selene Finance LP
Owner of the mortgage:Pretium Partners
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:WALZ_SELENE@lenderlive.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Annie Anderson 9990 Richmond Ave, Houston, TX 77042 (469) 701-4243 Annie.Anderson@selenefinance.com

-----
Consumer Information
-----

Consumer First name:PENNY
Consumer Middle Initial/Middle Name: J
Consumer Last name:GUERRA
Consumer Suffix:
Property Address line 1:19 SMITHFIELD DR
Property Address line 2:
Property Address line 3:
Property Address City/Town:MACHIAS
Property Address State:
Property Address zip code:04654
Property Address County:Washington

-----
Notification Details
-----

Date notice was mailed:2/26/2021
Amount needed to cure the default:118338.00
Consumer Address line 1:20 HUDSON BLVD
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:MACHIAS
Consumer Address State:ME
Consumer Address zip code:04654

From: Nobody <SMTP:nobody@informe.org>
Sent: 2/26/2021 2:11:01 PM
To: Covius_Selene1
WALZ ID: 162_Covius_Selene1@covius.com
[EXTERNAL EMAIL from outside the organization. DO NOT click links or open attachments unless you recognize the sender and know the content is safe. Never give out your user ID or password.]

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Selene Finance LP
Owner of the mortgage:Pretium Partners
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:WALZ_SELENE@lenderlive.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Annie Anderson 9990 Richmond Ave, Houston, TX 77042 (469) 701-4243 Annie.Anderson@selenefinance.com

-----
Consumer Information
-----

Consumer First name:ELSON
Consumer Middle Initial/Middle Name: C
Consumer Last name:GUERRA
Consumer Suffix:
Property Address line 1:19 SMITHFIELD DR
Property Address line 2:
Property Address line 3:
Property Address City/Town:MACHIAS
Property Address State:
Property Address zip code:04654
Property Address County:Washington

-----
Notification Details
-----

Date notice was mailed:2/26/2021
Amount needed to cure the default:118338.00
Consumer Address line 1:20 HUDSON BLVD
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:MACHIAS
Consumer Address State:ME
Consumer Address zip code:04654